### United States District Court for the Eastern District of Pennsylvania

Jourey Newell, individually and on behalf of a
class of all persons and entities similarly situated

vs.

**LendVia LLC**

_____/

**CASE NO. 25-cv-01018**

**AFFIDAVIT OF SERVICE**

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **10:03 AM** on **03/03/2025**, I served **LendVia LLC** at **Business Filings Incorporated, 600 North Second Street, Suite 401, Harrisburg, PA 17101** in the manner described below:

☐    Subject personally served.

☐    Adult family member with whom said Subject resides.
　　 Relationship is _____.

☐    Adult in charge of Subject's residence who refused to give name and/or relationship.

☐    Manager/Clerk of place of lodging in which Subject resides.

☐    Agent or person in charge of Subject's office or usual place of business.

☑    **Stefoni Murphy, who is the Intake Specialist of said entity.**

☐    Other:

a true and correct copy of **Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Designation Form; Notice of Procedure to Consent to Reference of Civil Action or Proceeding to a Randomly Assigned Magistrate Judge** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **30** Hair: **Black** Height: **5ft 07in** Weight: **140 lbs**

Sworn to and subscribed before me this
**4th** day of **March**_____,2025.

_____
Notary Public

| Commonwealth of Pennsylvania - Notary Seal |
| --- |
| Chad Spotts, Notary Public |
| Dauphin County |
| My commission expires April 19, 2025 |
| Commission number 1248992 |

X_____
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **88695**

Law Firm: **Perrong Law LLC**
Address: **2657 Mount Carmel Avenue, Glenside, PA 19038**
Telephone: **(215) 225-5529**

