**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOURNEY NEWELL, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | CIVIL ACTION No. 25-cv-01018-GJP |
| Plaintiff, | : : | |
| v. | : : | *Document Electronically Filed* |
| LENDVIA LLC, | : : : | |
| Defendant. | : | |

**UNCONTESTED MOTION TO EXTEND THE TIME DEFENDANT**
**MAY ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant LendVia LLC ("Defendant") hereby moves this Court pursuant to Fed. R. Civ. P. 6(b) and Local Rules 7.1. and 7.4, for the entry of an Order extending the time period within which Defendant may answer, move or otherwise respond to the Plaintiff's Complaint by an additional thirty (30) days to April 23, 2025

1. The undersigned represents Defendant in this matter.

2. Andrew Roman Perrong, Esq. represents Plaintiff Journey Newell ("Plaintiff") and the Proposed Class.

3. Defendant was served on or about March 3, 2025. *See* ECF # 4.

4. Presently, Defendant's time to answer, move, or otherwise respond to the Complaint will expire on March 24, 2025. *See* Fed. R. Civ. P 4(d)(3).

5. The undersigned counsel was only recently retained and respectfully requests additional time to review the Complaint and prepare a defense.

6. No previous extension has been sought or obtained by Defendant.

7. Granting the foregoing Motion will not impact any currently set deadlines.

8. Defense counsel has spoken with Plaintiff's counsel, who consents to the relief requested in this Motion.

WHEREFORE, Defendant LendVia LLC respectfully requests that the Court grant its uncontested motion and enter an order in the form provided extending the time within which Defendant may answer, move or otherwise respond to the Complaint through April 23, 2025.

Dated: March 21, 2025

Respectfully submitted,

/s/Corey M. Scher
Corey M. Scher, Esquire
Fox Rothschild LLP
Two Commerce Square
2001 Market Street
Suite 1700
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
cscher@foxrothschild.com

*Attorneys for Defendant
LendVia LLC*