**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JOURNEY NEWELL, individually and on behalf of a class of all persons and entities similarly situated, | : : : : : | CIVIL ACTION No. 25-cv-01018-GJP |
| Plaintiff, | : : | |
| v. | : : | |
| LENDVIA LLC, | : : | |
| Defendant. | : : | |

**ORDER**

AND NOW, this _____ day of March, 2025, upon consideration of the Uncontested Motion to Extend the Time Within Which to Answer, Move or Otherwise Respond to the Complaint ("Motion"), filed by Defendant LendVia LLC, and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED. The time within which Defendants must answer, move or otherwise respond to the Complaint is hereby extended thirty (30) days to April 23, 2025.

BY THE COURT

_____

Honorable Gerald J. Pappert, U.S.D.J.