**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOURNEY NEWELL, individually and on behalf of a class of all persons and entities similarly situated, | : : : : : | CIVIL ACTION No. 25-cv-01018-GJP |
| Plaintiff, | : : | *Document Electronically Filed* |
| v. | : : | |
| LENDVIA LLC, | : : | |
| Defendant. | | |

**CERTIFICATE OF COUNSEL IN ACCORDANCE WITH LOCAL RULE 7.1(B)-(C)**

Pursuant to Local Rule 7.1(b)-(c), I, Corey M. Scher, Esq., of Fox Rothschild, LLP, attorney for Defendant LendVia LLC, hereby certifies that the Uncontested Motion for Extension of Time is uncontested and that Plaintiff consents to the foregoing relief, and therefore no brief is necessary in support thereof.

Dated: March 21, 2025

Respectfully submitted,

*/s/Corey M. Scher*
Corey M. Scher, Esquire
Fox Rothschild LLP
Two Commerce Square
2001 Market Street
Suite 1700
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
cscher@foxrothschild.com

*Attorneys for Defendant LendVia LLC*

1