UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOURNEY NEWELL, individually and on behalf of a class of all persons and entities similarly situated, | : : : : : | CIVIL ACTION No. 25-cv-01018-GJP |
| Plaintiff, | : : | *Document Electronically Filed* |
| v. | : : | **CERTIFICATE OF SERVICE** |
| LENDVIA LLC, | : : : | |
| Defendant. | | |

I, Corey M. Scher, Esq., attorney for Defendant LendVia LLC, hereby certifies that on this date, I caused a true and correct copy of the Uncontested Motion to Extend the Time to Answer, Move or Otherwise Respond to the Complaint, Proposed Order, foregoing Certificate of Service to be served upon the following counsel for Plaintiff Journey Newell via ECF and email:

Andrew Roman Perrong, Esq.
E.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and the Proposed Class*

Respectfully submitted,

Dated: March 21, 2025

*/s/Corey M. Scher*
Corey M. Scher, Esquire
Fox Rothschild LLP
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
cscher@foxrothschild.com

*Attorneys for Defendant LendVia LLC*

1