IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated,* <br><br> *Plaintiff,* <br><br> v. <br><br> LENDVIA LLC, <br><br> *Defendant.* | CIVIL ACTION <br> NO. 25-1018 |

## ORDER

**AND NOW**, this 24th day of March, 2025, upon consideration of Defendant LendVia LLC's Consent Motion for Extension of Time to File Answer Move or Otherwise Respond to Complaint (ECF 5), it is **ORDERED** that the motion is **GRANTED.** Defendant may file a response to Plaintiff's Complaint on or before **April 23, 2025**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.