UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL**, *individually and on behalf of all persons and entities similarly situated,*<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**LENDVIA LLC**<br><br>　　　　　　　Defendant.<br>_____/ | CASE NO. 2:25-cv-01018-GJP<br><br>Electronically filed |

### **DEFENDANT LENDVIA LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant LendVia LLC ("LendVia"), by and through its undersigned counsel, hereby moves this Honorable Court for an order dismissing Count III of the Complaint ("Compl.") filed by Plaintiff Jourey Newell ("Plaintiff") with prejudice and without leave to amend, pursuant to Federal Rules of Civil Procedure 12(b)(6), 47 C.F.R. 64.1200(d), and other applicable law (the "Motion" or "Mot."). Pursuant to Local Rule 7.1 (a)-(c), LendVia submits the attached Memorandum of Law and proposed form of Order.

WHEREFORE, LendVia respectfully requests that this Court grant the Motion, enter the proposed form of Order, and dismiss Count III of the Complaint with prejudice.

Dated: April 23, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/Corey M. Scher*
　　　　　　　　　　　　　　　　　　　　Corey M. Scher, Esquire (Pa Bar # 326838)
　　　　　　　　　　　　　　　　　　　　Fox Rothschild LLP
　　　　　　　　　　　　　　　　　　　　2001 Market Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　Tel./Fax: (215) 299-2000/2150
　　　　　　　　　　　　　　　　　　　　cscher@foxrothschild.com

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　Jenniffer Cabrera (*pro hac vice pending*)
　　　　　　　　　　　　　　　　　　　　Troutman Amin LLP
　　　　　　　　　　　　　　　　　　　　1825 NW Corporate Blvd - Suite 100
　　　　　　　　　　　　　　　　　　　　Boca Raton, Florida 33431
　　　　　　　　　　　　　　　　　　　　Tel.: 561-834-0883
　　　　　　　　　　　　　　　　　　　　jenniffer@troutmanamin.com

171060397.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Dated: April 23, 2025 | Respectfully submitted, |
| | */s/Corey M. Scher* |
| | Corey M. Scher, Esquire (Pa Bar # 326838) |
| | Fox Rothschild LLP |
| | 2001 Market Street, Suite 1700 |
| | Philadelphia, PA 19103 |
| | Tel./Fax: (215) 299-2000/2150 |
| | cscher@foxrothschild.com |
| | -and- |
| | Jenniffer Cabrera (*pro hac vice pending*) |
| | Troutman Amin LLP |
| | 1825 NW Corporate Blvd - Suite 100 |
| | Boca Raton, Florida 33431 |
| | Tel.: 561-834-0883 |
| | jenniffer@troutmanamin.com |

171060397.1