**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOUREY NEWELL**, *individually and on behalf of all persons and entities similarly situated,* | |
| Plaintiff, | |
| v. | CASE NO. 2:25-cv-01018-GJP |
| **LENDVIA LLC** | Electronically filed |
| Defendant. | |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____ 2025, upon consideration of Defendant LendVia LLC's Motion to Dismiss Count III of Plaintiff's Jourey Newell's Complaint, and any response thereto,

    it is hereby ORDERED that the Motion is GRANTED; and

    it is hereby further ORDERED that Count III of the Complaint is DISMISSED with prejudice.

BY THE COURT:

_____
GERALD J. PAPPERT, U.S.D.J.

171060397.1