UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 2:25-cv-01018-GJP

**JOUREY NEWELL**, *individually and on behalf of all persons and entities similarly situated,*

                Plaintiff,

v.

**LENDVIA LLC**

                Defendant.

_____/

## DISCLOSURE STATEMENT FORM

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant LendVia LLC, (hereinafter "LendVia"), hereby certifies that this party is a non-governmental corporate party. LendVia is a limited liability company and there is no parent corporation who owns 10% or more of its stock.

Dated: April 23, 2025

Respectfully submitted,

*/s/Corey M. Scher*
Corey M. Scher, Esquire (Pa Bar # 326838)
Fox Rothschild LLP
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Tel./Fax: (215) 299-2000/2150
cscher@foxrothschild.com

-and-

Jenniffer Cabrera (*pro hac vice pending*)
Troutman Amin LLP
1825 NW Corporate Blvd - Suite 100
Boca Raton, Florida 33431
Tel.: 561-834-0883
jenniffer@troutmanamin.com

*Attorneys for Defendant LendVia LLC*

1

171091373.1

**CERTIFICATION**

I hereby certify that on April 23, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Dated: April 23, 2025 | Respectfully submitted, |
| | */s/Corey M. Scher* |
| | Corey M. Scher, Esquire (Pa Bar # 326838) |
| | Fox Rothschild LLP |
| | 2001 Market Street, Suite 1700 |
| | Philadelphia, PA 19103 |
| | Tel./Fax: (215) 299-2000/2150 |
| | cscher@foxrothschild.com |
| | -and- |
| | Jenniffer Cabrera (*pro hac vice pending*) |
| | Troutman Amin LLP |
| | 1825 NW Corporate Blvd - Suite 100 |
| | Boca Raton, Florida 33431 |
| | Tel.: 561-834-0883 |
| | jenniffer@troutmanamin.com |
| | *Attorneys for Defendant LendVia LLC* |

2

171091373.1