**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**JOUREY NEWELL**, *individually and on behalf of all persons and entities similarly situated,*

Plaintiff,

v.                                      CASE NO. 2:25-cv-01018-GJP

**LENDVIA LLC**                                      Electronically filed

Defendant.

_____/

<u>**DEFENDANT LENDVIA LLC'S MOTION TO STRIKE CLASS ALLEGATIONS**</u>

Pursuant to Fed. R. Civ. P. 12(f), Defendant LendVia LLC ("LendVia"), by and through its undersigned counsel, hereby moves this Honorable Court for an Order striking the class allegations of the Complaint ("Compl.") filed by Plaintiff Jourey Newell ("Plaintiff") (the "Motion" or "Mot."). Pursuant to Local Rule 7.1 (a)-(c), LendVia submits the attached Memorandum of Law and proposed form of Order.

WHEREFORE, LendVia respectfully requests that this Court grant the Motion and enter the proposed form of Order.

Dated: April 23, 2025                          Respectfully submitted,

                                               */s/Corey M. Scher*
                                               Corey M. Scher, Esquire (Pa Bar # 326838)
                                               Fox Rothschild LLP
                                               2001 Market Street, Suite 1700
                                               Philadelphia, PA 19103
                                               Tel./Fax: (215) 299-2000/2150
                                               cscher@foxrothschild.com

                                               -and-

                                               Jenniffer Cabrera (*pro hac vice pending*)
                                               Troutman Amin LLP
                                               1825 NW Corporate Blvd - Suite 100
                                               Boca Raton, Florida 33431
                                               Tel.: 561-834-0883
                                               jenniffer@troutmanamin.com
                                               *Attorneys for Defendant LendVia LLC*

171091083.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2025, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated: April 23, 2025

Respectfully submitted,

*/s/Corey M. Scher*

Corey M. Scher, Esquire (Pa Bar # 326838)
Fox Rothschild LLP
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Tel./Fax: (215) 299-2000/2150
cscher@foxrothschild.com

-and-

Jenniffer Cabrera (*pro hac vice pending*)
Troutman Amin LLP
1825 NW Corporate Blvd - Suite 100
Boca Raton, Florida 33431
Tel.: 561-834-0883
jenniffer@troutmanamin.com

*Attorneys for Defendant LendVia LLC*

171091083.1