UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOUREY NEWELL**, *individually and on behalf of all persons and entities similarly situated*,

                Plaintiff,

    v.                                          CASE NO. 2:25-cv-01018-GJP

**LENDVIA LLC**                              Electronically filed

                Defendant.

_____/

### [PROPOSED] ORDER

AND NOW, this ____ day of _____ 2025, upon consideration of Defendant LendVia LLC's ("Defendant") Motion to Strike the Class Allegations in Plaintiff Jourey Newell's ("Plaintiff") Complaint ("Compl."), IT IS HEREBY ORDERED as follows:

1. LendVia's Motion is GRANTED; AND

2. The class allegations in the Complaint are STRICKEN.

                                                      BY THE COURT:

                                                      _____

                                                      GERALD J. PAPPERT, U.S.D.J.