UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOUREY NEWELL**, *individually and on behalf of all persons and entities similarly situated*,

        Plaintiff,

    v.                                        CASE NO. 2:25-cv-01018-GJP

**LENDVIA LLC**                                Electronically filed

        Defendant.

_____/

**[PROPOSED] ORDER**

      AND NOW, this ____ day of _____ 2025, upon consideration of Defendant LendVia LLC's ("Defendant") Motion to Compel Arbitration:

1. LendVia's Motion is GRANTED; AND

2. Plaintiff is ORDERED to arbitrate his dispute pursuant to the terms of the Agreement to Arbitrate previously entered into between the Plaintiff and Defendant; AND

3. The above-captioned matter is

    a. DISMISSED; OR

    b. STAYED pending the outcome of arbitration.

                                                      BY THE COURT:

                                                      _____

                                                      GERALD J. PAPPERT, U.S.D.J.

171091299.1