UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 2:25-cv-01018-GJP

**JOUREY NEWELL**, *individually and on behalf of all persons and entities similarly situated,*

                    Plaintiff,

v.

**LENDVIA LLC**

                    Defendant.

_____/

## DEFENDANT LENDVIA LLC'S MOTION TO STAY DISCOVERY

Pursuant to Fed. R. Civ. P. 26(c)(1), Defendant LendVia LLC ("LendVia"), by and through its undersigned counsel, hereby moves this Honorable Court for an Order staying discovery pending the outcome of LendVia's Motion to Dismiss Count III (ECF # 8), Motion to Strike Class Allegations (ECF # 10), and Motion to Compel Arbitration (ECF # 11) (the "Pending Motions").  Pursuant to Local Rule 7.1 (a)-(c), LendVia submits the attached Memorandum of Law and proposed form of Order.

WHEREFORE, LendVia respectfully requests that this Court grant the Motion to Stay Discovery and enter the proposed form of Order.

Dated: April 23, 2025

                                                  Respectfully submitted,

                                                  */s/Corey M. Scher*
                                                  Corey M. Scher, Esquire (Pa Bar # 326838)
                                                  Fox Rothschild LLP
                                                  cscher@foxrothschild.com

                                                  -and-

                                                  Jenniffer Cabrera (*pro hac vice pending*)
                                                  Troutman Amin LLP
                                                  *Attorneys for Defendant LendVia LLC*

171091666.1