UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOUREY NEWELL**, *individually and on behalf of all persons and entities similarly situated*,

        Plaintiff,

v.                                                            CASE NO. 2:25-cv-01018-GJP

**LENDVIA LLC**                                   Electronically filed

        Defendant.

_____/

## [PROPOSED] ORDER

AND NOW, this ____ day of _____ 2025, upon consideration of Defendant LendVia LLC's ("Defendant") Motion to Stay Discovery, IT IS HEREBY ORDERED as follows:

1. LendVia's Motion is GRANTED; AND

2. Discovery is STAYED pending the outcome of Defendant's Motion to Dismiss Count III (ECF # 8), Motion to Strike Class Allegations (ECF # 10), and Motion to Compel Arbitration (ECF # 11).

        BY THE COURT:

        _____
        GERALD J. PAPPERT, U.S.D.J.

171091666.1