UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOUREY NEWELL**, *individually and on behalf of all persons and entities similarly situated,*

                Plaintiff,

    v.                                    CASE NO. 2:25-cv-01018-GJP

**LENDVIA LLC**                            Electronically filed

                Defendant.

_____ /

## [PROPOSED] ORDER

AND NOW, this ____ day of _____ 2025, upon consideration of Defendant LendVia LLC's ("Defendant") Motion to Bifurcate Discovery, IT IS HEREBY ORDERED as follows:

1. LendVia's Motion is GRANTED; AND

2. Discovery shall be conducted in three separate phases: (i) discovery into Plaintiff's individual claims, (ii) discovery into the appropriateness of class certification if Plaintiff's claims proceed, and (iii) if a class is ultimately certified, merits discovery for the class.

                                            BY THE COURT:

                                            _____

                                            GERALD J. PAPPERT, U.S.D.J.

171091825.1