<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 23, 2025, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Dated: April 23, 2025 | Respectfully submitted, |
| | /s/*Corey M. Scher* |
| | Corey M. Scher, Esquire (Pa Bar # 326838)<br>Fox Rothschild LLP<br>2001 Market Street, Suite 1700<br>Philadelphia, PA 19103<br>Tel./Fax: (215) 299-2000/2150<br>cscher@foxrothschild.com |
| | -and- |
| | Jenniffer Cabrera (*pro hac vice pending*)<br>Troutman Amin LLP<br>1825 NW Corporate Blvd - Suite 100<br>Boca Raton, Florida 33431<br>Tel.: 561-834-0883<br>jenniffer@troutmanamin.com |
| | *Attorneys for Defendant LendVia LLC* |

171091825.1