IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>LENDVIA LLC<br><br>   Defendant. | Case No. 25-1018 |

**ORDER GRANTING**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

AND NOW, this   28th   day of   April   , 2025  , upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to oppose the Defendant's Motions, it is ORDERED that the motion is GRANTED. Plaintiff shall have until May 28, 2025 in order to oppose Defendant's Motions (ECF Nos. 8, 10, 11, 12, and 13).

               */s/ Gerald J. Pappert*

               Hon. Gerald J. Pappert, J.