**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**JOUREY NEWELL**                                    Case No. 2:25-cv-01018-GJP

    Plaintiff,
v.

**LENDVIA LLC,**

    Defendant.
_____/

**[PROPOSED ORDER DENYING]**
**DEFENDANT'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the Defendant's Motion to Dismiss (ECF No. 8) is hereby DENIED.

*BY THE COURT:*

_____

Hon. Gerald John Pappert, J.

1