UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**JOUREY NEWELL**                                    **Case No. 2:25-cv-01018-GJP**

      Plaintiff,

v.

**LENDVIA LLC,**

      Defendant.
_____/

**[PROPOSED ORDER DENYING]
DEFENDANT'S MOTION TO COMPEL ARBITRATION**

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the Defendant's Motion to Compel Arbitration (ECF No. 11) is hereby DENIED.

*BY THE COURT:*

_____

Hon. Gerald John Pappert, J.