**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**JOUREY NEWELL**                                     Case No. 2:25-cv-01018-GJP

     Plaintiff,

v.

**LENDVIA LLC,**

     Defendant.
_____/

**[PROPOSED ORDER DENYING]**
**DEFENDANT'S MOTION TO STAY DISCOVERY AND BIFURCATE DISCOVERY**

AND NOW, this \_\_\_\_\_ day of _____, 202\_\_\_\_\_, it is hereby ORDERED that the Defendant's Motion to Stay Discovery and Motion to Bifurcate Discovery (ECF Nos. 12, 13) are hereby DENIED.

*BY THE COURT:*

_____

Hon. Gerald John Pappert, J.