## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**JOUREY NEWELL**                                    **Case No. 2:25-cv-01018-GJP**

    Plaintiff,

v.

**LENDVIA LLC,**

    Defendant.
_____/

## [PROPOSED ORDER DENYING]
## DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the Defendant's Motion to Strike Class Allegations (ECF No. 10) is hereby DENIED.

*BY THE COURT:*

_____

Hon. Gerald John Pappert, J.

1