IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>LENDVIA, LLC<br><br>   Defendant. | Case No. 25-1018-GJP<br><br>Electronically Filed |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION TO COMPEL ARBITRATION**

Pursuant to Federal Rule of Civil Procedure 6(b), Local Rules 7.1(b), Policies and Procedures of Hon. Gerald J. Pappert, § II(B), and Court Order, ¶ 3, ECF No. 25, Defendant LendVia, LLC, ("LendVia") respectfully moves this Court for an extension of time to file a Motion to Compel Arbitration on or before July 24, 2025. In support thereof, LendVia states the following:

1. On February 26, 2025, Plaintiff filed his Class Action Complaint. ECF No. 1.

2. On April 23, 2025, LendVia filed its Motion to Compel Arbitration. ECF No. 11.

3. On May 28, 2025, Plaintiff filed his Opposition to LendVia's Motion to Compel Arbitration. ECF No. 18.

4. On June 5, 2025, this Court denied LendVia's Motion to Compel Arbitration without prejudice, to allow the parties to conduct limited discovery concerning the validity and enforceability of the arbitration agreement, and required any renewed motion to compel arbitration to be filed by July 10, 2025.

5. Since the Court Order, the parties have engaged in extensive written discovery, including the exchange of interrogatories, requests for production, and requests for admission.

6. The parties continue to engage in discovery efforts related to arbitration and require additional time to meaningfully address and resolve the outstanding disputes before LendVia can file its renewed Motion to Compel Arbitration.

7. LendVia respectfully submits that good cause exists for an extension of time to file its renewed Motion to Compel Arbitration because LendVia needs additional time to continue discussions with Plaintiff in an effort to resolve outstanding discovery issues related to arbitration, and to obtain key information necessary to support the motion.

8. Courts in the Third Circuit often grant motions for extensions of time to complete discovery and resolve outstanding discovery disputes.

9. LendVia further submits that a 14-day extension will not prejudice or disrupt Plaintiff's ability to pursue this suit, and the additional time will not interfere with any scheduled deadlines, as this matter is still in its infancy.

10. LendVia's counsel has conferred with Plaintiff's counsel regarding the relief requested herein, and Plaintiff is not opposed to the extension.

For the foregoing reasons, Defendant LendVia respectfully requests this Court to grant its Unopposed Motion for Extension of Time to file its renewed Motion to Compel Arbitration and extend LendVia's deadline to **July 24, 2025.**

Dated: July 8, 2025　　　　　　　　　TROUTMAN AMIN, LLP

By: /s/ *Jenniffer Cabrera*
Jenniffer Cabrera (*pro hac vice*)
Troutman Amin LLP
1825 NW Corporate Blvd - Suite 100
Boca Raton, Florida 33431
Tel.: 561-834-0883
jenniffer@troutmanamin.com
*Counsel for Defendant LendVia, LLC.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 8, 2025, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: July 8, 2025

TROUTMAN AMIN, LLP

By: /*s/ Jenniffer Cabrera*
    Jenniffer Cabrera (*pro hac vice*)
    Troutman Amin LLP
    1825 NW Corporate Blvd - Suite 100
    Boca Raton, Florida 33431
    Tel.: 561-834-0883
    jenniffer@troutmanamin.com

## CERTIFICATE OF CONFERENCE

    I hereby certify that on July 8, 2025, Plaintiff's counsel conferred with counsel for Defendant pursuant to LR 7.1(b) and counsel consented to this motion.

By: /*s/ Jenniffer Cabrera*
    Jenniffer Cabrera (*pro hac vice*)