# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Journey Newell, *individually and on behalf of all persons and entities similarly situated*,<br>　　　　*Plaintiff,*<br><br>　　v.<br><br>LendVia LLC,<br>　　　　*Defendant.* | CIVIL ACTION<br>NO. 25-1018 |

# ORDER

**AND NOW**, this 9th day of July 2025, upon consideration of Defendant's unopposed Motion for Extension of Time to File Motion to Compel Arbitration (ECF No. 26), it is **ORDERED** that:

1. The Motion is **GRANTED.**

2. Defendant may file a new motion to compel arbitration **on or before July 24, 2025**.

3. Plaintiff shall respond to the motion, if filed, **on or before August 7, 2025**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　Gerald J. Pappert, J.