# EXHIBIT A

Certificate | Video

# Certificate of Authenticity

Certificate ID: 8e26367f-631a-4ad9-823a-265f5794a708



This certificate was issued by Verified Consent an independent Internet lead certification authority. It certifies the following information about this lead:

## When did they visit?

| | |
|---|---|
| Visit Date | 2024-12-08 |
| Visit Time | 10:08:00 |

## Where did they visit?

| | |
|---|---|
| Page URL | https://upfinances.com/apply |

## Who visited?

| | |
|---|---|
| Remote IP Address | 166.138.94.138 |
| Screen Size | Mobile (1440x2560) |
| Operating System | iOS |
| Browser | Apple Safari |

## What did they see?

| | |
|---|---|
| Verified Consent captures a copy of the web page viewed by the visitor and the user events that took place on the page including form inputs, mouse movements and clicks. It plays these events back as a video replay of how the user interacted with the page. | View Session Replay |



Copyright © 2023 – Verified Consent

cv-01018-GJP     Document 28-1     Filed 07/24/25

00:45       00:45

▷   1x   2x   4x   8x   ○ skip inactive   ⤢



Copyright © 2023 — Verified Consent