# EXHIBIT C

**verizon**
PO BOX 489
NEWARK, NJ 07101-0489

**Account:** ▮▮▮▮▮▮▮
**Invoice:** ▮▮▮▮▮▮▮
**Billing period:** May 13 - Jun 12, 2025

Questions about your bill?
verizon.com/support
800-922-0204

KEYLINE
|..lll|l..l..|..lll|....ll....l.l..ll.l.l.l..l.l.l

JOUREY NEWELL
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
KING OF PRUSSIA, PA  19406-2357

## Snapshot of your bill
(details on page 3)

| | |
|---|---|
| Balance from last bill | $0.00 |
| This month's charges | $77.85 |
| **Total due on Jul 4** | **$77.85** |

You have Auto Pay scheduled for Jun 28, 2025.

If you don't pay the total charges due by the due date, you'll be charged 5% of the unpaid balance or $7, whichever is greater, if allowed by law in the state of your billing address.

---

**verizon**

JOUREY NEWELL
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
KING OF PRUSSIA, PA  19406-2357

**Bill date**         June 12, 2025
**Account number**    ▮▮▮▮▮▮▮
**Invoice number**    ▮▮▮▮▮▮▮

**Total Amount Due**

Deducted from bank account on 06/28/25
DO NOT MAIL PAYMENT                                    **$77.85**

Please see back for instructions on writing to us.

PO BOX 16810
NEWARK, NJ  07101-6810

|||..l..l....l..||||......||.||..l..l....||||....||..l





## Questions about paying your bill?

Go to https://go.vzw.com/billing-support to learn more.

## Address change:

Change your address at go.vzw.com/changeaddress.

## Important Information:

Many billing questions can be resolved easily online or with the My Verizon App. Customer service can also assist you by phone, chat or in a retail store for billing questions or disputes.

All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to this below address:

Verizon
Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

Select a checkbox that describes how we can help you along with any additional information and include it with your written correspondence.

**Account:** 7
**Invoice:**
**Billing period:** May 13 - Jun 12, 2025

**Questions about your bill?**
verizon.com/support
800-922-0204

---

**Automatic Payment Enrollment for Account: 726952944-00001 JOUREY NEWELL**

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.**       **2. Sign name in box below, as shown on the bill and date.**       **3. Return this slip with your payment. Do not send a voided check.**

☐ ☐  _____

Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

[                                                                                              ]

# verizon

**Account:** ▮▮▮▮▮▮
**Invoice:** 8▮▮▮▮▮▮
**Billing period:** May 13 - Jun 12, 2025

# Your June bill is $77.85
Due Jul 4

### Questions about your bill?
verizon.com/support
800-922-0204

### Since your last bill
You paid $77.85.

### Review your bill online
An itemized bill breakdown of all charges and credits is available on the My Verizon app and online.

Scan the QR code with your camera app or go to go.vzw.com/bill.



## Bill summary by line

| Account-wide charges & credits | $0.00 |
|---|---|
| **Jourey Newell**<br>Apple iPhone 15 (▮▮▮-4132) | $77.85 |
| **Total:** | **$77.85** |

### Surcharges, taxes and gov fees
The total amount due for this month includes surcharges of $5.05 and taxes and gov fees of $2.80. For an itemized list of taxes, fees and surcharges visit go.vzw.com/bill.

3