IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff

vs.

LENDVIA, LLC

    Defendant.

Case No. 25-1018-GJP

## [PROPOSED] ORDER

AND NOW, this ____ day of _____ 2025, upon consideration of Defendant LendVia LLC's ("Defendant") Motion to Compel Arbitration:

1. LendVia's Motion is GRANTED; AND

2. Plaintiff is ORDERED to arbitrate his dispute pursuant to the terms of the Agreement to Arbitrate previously entered into between the Plaintiff and Defendant; AND

3. The above-captioned matter is

    a. DISMISSED; OR

    b. STAYED pending the outcome of arbitration.

BY THE COURT:

_____
GERALD J. PAPPERT, U.S.D.J.