UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**JOUREY NEWELL**                           Case No. 2:25-cv-01018-GJP

    Plaintiff,

v.

**LENDVIA LLC,**

    Defendant.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Plaintiff respectfully requests that he receive a brief one week extension of time to August 14, 2025 in order to oppose Defendant's Renewed Motion to Compel Arbitration. This additional time is required as Plaintiff's counsel is currently under the weather, as well as to adequately address all of the arguments made in the motion.

    Plaintiff,
    By Counsel

Dated: August 4, 2025

    */s/ Andrew Roman Perrong*
    Andrew Roman Perrong, Esq.
    PA Bar #333687
    Perrong Law LLC
    2657 Mount Carmel Avenue
    Glenside, Pennsylvania 19038
    Phone: 215-225-5529 (CALL-LAW)
    Facsimile: 888-329-0305
    a@perronglaw.com

## CERTIFICATE OF SERVICE

I, Andrew Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this August 4, 2025.

                */s/ Andrew Roman Perrong*
                Andrew Roman Perrong, Esq.
                PA Bar #333687
                Perrong Law LLC
                2657 Mount Carmel Avenue
                Glenside, Pennsylvania 19038
                Phone: 215-225-5529 (CALL-LAW)
                Facsimile: 888-329-0305
                a@perronglaw.com