**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**JOUREY NEWELL**                               Case No. 2:25-cv-01018-GJP

    Plaintiff,

v.

**LENDVIA LLC,**

    Defendant.

_____/

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on the Unopposed Motion of Plaintiff for an Extension of Time to File a Response to the Defendant's Motion to Compel until and including August 14, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time is GRANTED, and Plaintiff is granted an extension of time to file a Response to the Motion to Compel until and including August 14, 2025.

DATED this _____.

                                                                         _____

                                                                                          J.