IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Journey Newell, *individually and on behalf of all persons and entities similarly situated*,<br><br>              *Plaintiff,*<br><br>   v.<br><br>LendVia LLC,<br><br>              *Defendant.* | CIVIL ACTION<br>NO. 25-1018 |

## ORDER

**AND NOW**, this 5th day of August 2025, upon consideration of Plaintiff's unopposed Motion for Extension of Time (ECF No. 2), it is **ORDERED** that the motion is **GRANTED in part**. Plaintiff may file a response to Defendant's Renewed Motion to Compel Arbitration on or before **Monday, August 11, 2025.**

                                            BY THE COURT:


                                            ***/s/ Gerald J. Pappert***
                                            Gerald J. Pappert, J.