The Wayback Machine - https://web.archive.org/web/20241109062603/https://upfinances.com/page/terms-of-use



# Terms Of Use

$1,000 - $2,500  Loan amount

Enter your email          Your Email Address

••••                      Last 4 digits of SSN

Start Now

256-bit SSL Bank Level Encryption

Start Here

By accessing the upfinances.com and using the services on this website, you agree to the terms and conditions ("Terms", "Terms and Conditions", "Terms of Use") below. The Terms of Use are an agreement between upfinances.com ("Company", "Website", "Site", "we" or "us") and client ("You" or "Your"). Please read these Terms of Use carefully. If you do not agree to these Terms, do not access or use our service. The Terms of Use contain a mandatory arbitration provision that requires you to arbitrate individually any disputes or claims you may have with us and waives your right to participate in a class action or multi-party arbitration. We provide and maintain this website for your information, conditioned on your acceptance, without modification, of the terms, conditions and notices contained in these Terms of Use and in our Privacy Policy. We may receive compensation from lenders and other third parties for its services.

You must be 18 years or older and a legal resident of the United States to submit a loan request. You agree not to use this website for any illegal or inappropriate activities. We do not charge you any fees for your use of this Site. We are not acting as an agent for you, any lender or any supplier or vendor used in the evaluation of your loan inquiry or other use of this website.

**Products/Services**

upfinances.com is not a lender and is not responsible for any lending product advertised or offered to you, or for any credit decisions made in regards to you. Our loan connecting service allows consumers find prospective lenders participating in upfinances.com direct network of loan. To use the service, you must complete one or more online forms that request specific information from you, including but not limited to your name, address, telephone number, email address, social security number, banking account information and employment information. upfinances.com use of this information is subject to this website's Privacy Policy. In order to use this website or the service, you must agree to the separate terms and conditions set forth in the Privacy Policy, which is incorporated herein by reference.

We do not guarantee acceptance into any particular loan program or specific loan terms of conditions with any participating lender. Our service does not guarantee that the price, product, availability, rates, fees, or any other loan terms offered and made available by participating lenders through the loan matching service are the best terms available in the market. We do not endorse or recommend the products of any particular lender. The lender is solely responsible for his/her services to you, and you agree that upfinances.com shall not be liable for any damages or costs of any type arising out of or in any way connected with your use of the loan connecting service. You understand that participating lenders may keep your information, whether or not you are qualified for a loan with them.

upfinances.com reserves the right to change any information, features and/or functions of the loan connecting service without prior notice. upfinances.com may deny you access to all or part of the services without prior notice if you engage in any conduct or activities that our service determines, in its sole discretion, violate these Terms, the rights of upfinances.com or any third party, or is otherwise inappropriate. Our service is not responsible for any errors or delays in providing the loan connecting services caused by errors in any of the information provided by you or by any technical problems beyond our reasonable control.

### E-Consent

You agree that clicking "Get Started"/"Submit" (or other such a button you use to submit your loan request) acts as your electronic signature. You further consent that we and any lender we share your request with can communicate with you electronically and that any required disclosures may be provided to you electronically, including without limitation any notices of adverse action that a lender is required to send to you. You also confirm that you have the ability to access documents electronically, including the ability to view and save PDF files.

### Credit References

Participating lenders may verify your social security number, driver's license number or other federal or state identification, as well as review your credit worthiness through national databases that may include Equifax, Transunion, Experian and other credit bureaus. By submitting your information to us, you agree that lenders may obtain such credit reports and verify your information.

### Privacy and Security

Our Privacy Policy, which is incorporated herein by reference, is applicable to any data supplied through this Site. The Privacy Policy sets out your rights and our responsibilities regarding your personal information. We will not use your information in any way inconsistent with the purposes and limitations provided in the Privacy Policy. We reserve the right, in its sole discretion, to modify the Privacy Policy without prior notice to you. Modifications to the Privacy Policy are effective when posted and your continued use of this Site signifies your acceptance of such modifications. We use advanced technology to protect your personal information. Although our website takes commercially reasonable measures to secure your personal information submitted through this Site, we cannot guarantee that your information will not be intercepted or decrypted by others. As long as our Company uses commercially reasonable security measures, it accepts no responsibility for such interception or decryption except as required by law.

### Disclaimers and Limitation

THIS WEBSITE AND THE INFORMATION, SOFTWARE, PRODUCTS, AND SERVICES ASSOCIATED WITH IT ARE PROVIDED "AS IS." upfinances.com EXPRESSLY DISCLAIMS ANY WARRANTY OF ANY KIND, WHETHER EXPRESS OR IMPLIED, AS TO ANY MATTER WHATSOEVER RELATING TO THIS WEB SITE AND ANY INFORMATION, SOFTWARE, PRODUCTS OR SERVICES PROVIDED HEREIN, INCLUDING WITHOUT LIMITATION THE WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. upfinances.com MAKES NO WARRANTY AS TO THE RESULTS THAT MAY BE ACHIEVED BY USING THIS WEBSITE AND THE INFORMATION, SOFTWARE, PRODUCTS, AND SERVICES ASSOCIATED WITH IT. THE USE OF THIS WEBSITE AND/OR upfinances.com SERVICES IS AT YOUR OWN RISK. upfinances.com AND/OR ITS PARTICIPATING LENDERS OR ADVERTISERS OR ANY OF THEIR OFFICERS, DIRECTORS, AGENTS, SUBSIDIARIES, AFFILIATES, EMPLOYEES, SUCCESSORS, ASSIGNS, CONTENT PROVIDERS, OR SERVICE PROVIDERS WILL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, OR PUNITIVE DAMAGES OR OTHER INJURY ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OF THIS WEBSITE AND/OR upfinances.com SERVICES OR WITH THE DELAY OR INABILITY TO USE THIS WEBSITE, OR FOR ANY INFORMATION,

SOFTWARE, PRODUCTS AND SERVICES OBTAINED THROUGH THIS WEB SITE, OR OTHERWISE ARISING OUT OF THE USE OF THIS WEB SITE, WHETHER RESULTING IN WHOLE OR IN PART, FROM BREACH OF CONTRACT, TORTIOUS BEHAVIOR, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE, EVEN IF upfinances.com OR ITS PARTICIPATING LENDERS HAVE BEEN ADVISED OF THE POSSIBILITY OF DAMAGES. SOME STATES DO NOT ALLOW THE LIMITATION OF LIABILITY AND DISCLAIMER OF IMPLIED WARRANTIES, SO THE DISCLAIMERS AND LIMITATIONS ABOVE MAY NOT APPLY TO YOU. IN SUCH STATES, THE RESPECTIVE LIABILITY OF upfinances.com, ITS PARTICIPATING LENDERS, AND THEIR OFFICERS, DIRECTORS, AGENTS, SUBSIDIARIES, AFFILIATES, EMPLOYEES, SUCCESSORS, ASSIGNS, CONTENT PROVIDERS AND SERVICE PROVIDERS ARE LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW.

**Class Action Waiver**

ANY PROCEEDINGS TO RESOLVE, LITIGATE OR ARBITRATE ANY DISPUTE IN ANY FORUM WILL BE CONDUCTED SOLELY ON AN INDIVIDUAL BASIS. NEITHER YOU NOR WE WILL SEEK TO HAVE ANY DISPUTE HEARD AS A CLASS ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR IN ANY OTHER PROCEEDING IN WHICH EITHER PARTY ACTS OR PROPOSES TO ACT IN A REPRESENTATIVE CAPACITY. NO ARBITRATION OR PROCEEDING WILL BE COMBINED WITH ANOTHER WITHOUT THE PRIOR WRITTEN CONSENT OF ALL PARTIES TO ALL AFFECTED ARBITRATIONS OR PROCEEDINGS. FURTHERMORE, YOU AGREE THAT YOU WILL NOT SEEK TO HAVE ANY DISPUTE AGAINST ANY LENDER TO WHOM YOU ARE REFERRED HEARD AS A CLASS ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR IN ANY OTHER PROCEEDING IN WHICH EITHER PARTY ACTS OR PROPOSES TO ACT IN A REPRESENTATIVE CAPACITY. THIS CLASS ACTION WAIVER MAY BE LIMITED BY APPLICABLE LAW, BUT IS INTENDED TO BE ENFORCED TO THE FULL EXTENT ALLOWED BY LAW.

**Intellectual Property**

The trademarks, titles, characters, trade names, graphics, designs and other properties, including all software, text and images appearing on this website is the intellectual property of the service, its licensees, or other third parties who have authorized use of such properties on the website. You have permission to view and make copies of documents, pages, images or other materials or content on this site for the sole purpose of requesting a loan. We reserve all other rights in this Site and its contents. You may not distribute, display, transmit or disseminate any documents, pages, images, materials or content without our prior written consent. Nothing contained on this Site should be construed as conferring any right or license to any trademark, copyright or other intellectual property right.

**Third Party Content**

This website may contain links to other websites operated by participating lenders or other third parties. Such links are provided for your convenience and reference only. upfinances.com does not operate or control in any respect any information, software, products or services available on such third-party sites. upfinances.com inclusion of a link to a website does not imply any endorsement of the services or the site, its contents or its sponsoring organization.

**Indemnification**

As a condition of using this website and/or the services offered herein, you agree to indemnify upfinances.com and its participating lenders from and against any and all liabilities, expenses (including attorneys' fees) and damages arising out of claims resulting from your use of this website, including without limitation any claims alleging facts that if true would constitute a breach by you of these Terms of Use.

**Modification**

We reserve the right to modify these Terms of Use from time to time and without notice to you. Your use of this Site after such modification constitutes your acceptance of and agreement to any new or amended terms.

**Violation of the Terms of Use**

By using the Site, you understand and agree that this website in its sole discretion and without prior notice may terminate your access to this Site and to any services offered, and may remove any content you have provided if our Company believes that such content violates or is inconsistent with these Terms of Use or the Privacy Policy or their intent, or that such content may be disruptive, offensive or in violation of applicable laws.

**Miscellaneous**

These Terms constitute the entire agreement between you and the service. If any part of these Terms is determined unenforceable pursuant to applicable law, then the invalid and unenforceable provision will be deemed superseded by a valid and enforceable provision that most closely matches the intent of the original provision and the remainder of these Terms shall remain in effect. Any failure by upfinances.com to exercise or enforce any right or provision of these Terms will not be deemed a waiver of such right or provision. upfinances.com may amend these Terms at any time by posting the amended terms on its website. All amended terms are automatically effective immediately, upon posting.

upfinances.com reserves the right to change any information, features and/or functions of the loan connecting service without prior notice. We may deny you access to all or part of the services without prior notice if you engage in any conduct or activities that upfinances.com determines, in its sole discretion, violate these Terms, the rights of upfinances.com or any third party, or is otherwise inappropriate. Our service is not responsible for any errors or delays in providing the loan connecting services caused by errors in any of the information provided by you or by any technical problems beyond our reasonable control.

**Contact**

If you have any questions or enquiries regarding the services rendered by our service, please, contact us via email at contact@upfinances.com. Please note that for questions pertaining to your loan request status, you must contact your lender directly. We're not your lenders and cannot access information about your loan or its status.
November 15, 2015

- Start Now
- How it Works
- Contact
- Privacy Policy
- Terms & Conditions
- Responsible Lending
- Marketing Practices
- Rates and Fees
- Unsubscribe

**Disclaimer:** upfinances.com IS NOT A LENDER, does not broker or provide loans. This website does not make any loan decisions and does not constitute an offer or solicitation to lend. Participating lenders offer loans from $200 up to $5,000. We are not offering you a loan and do not promote any lending services. Our website is not available in all states. Submission of a request through this website does not guarantee that you will be approached a loan offer or receive an offer you'll be satisfied with. If you have any questions about your loan, please contact your lender directly. Credit checks may be carried out with the three reporting credit bureaus: Experian, Equifax, and TransUnion. Submission of a request means you are authorizing the lenders to check

your creditworthiness and your personal details. This service is not a solicitation for loan products and does not constitute a loan offer for any loan products that are prohibited by state law. This service is void where prohibited.

**State Availability:** Not all lenders from our system operate in all US states. Residents of some US states may not be eligible for loans products in accordance with their legislation. By selecting your State at the start of our loan offer process, you shall be informed of any limitations regarding obtaining a loan if you are resident in individual US states.

**Footnotes:** ($^1$) This is the average time taken to complete the online loan process, submit the details and receive a loan approval decision.

7848 W SAHARA AVE, LAS VEGAS, NV, 89117

Email: contact@upfinances.com

© 2019 upfinances.com

Looking for Your previous requests...