**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**JOUREY NEWELL**                              Case No. 2:25-cv-01018-GJP

    Plaintiff,

v.

**LENDVIA LLC,**

    Defendant.

_____/

**DECLARATION OF JOUREY NEWELL**

1. My name is Jourey Newell. I am over 18 years old. I can testify competently to the undersigned statements.

2. My telephone number 484-XXX-XXXX is on the National Do-Not-Call Registry.

3. My telephone number 484-XXX-XXXX is a cellular telephone number.

4. I am the user of 484-XXX-XXXX.

5. The 484-XXX-XXXX number is registered in my name and I am the subscriber of record.

6. I have not and did not have any need for financing or loan services, including those of the type offered by LendVia.

7. I did not visit the website upfinances.com, nor would I have any reason to have visited the website.

8. Consequently, I unequivocally state that I did not submit any information, including any of my information to that website, either.

9. I did not give anyone else permission to visit the website submit information to it.

10. I did not provide consent, nor did I authorize anyone to do so on my behalf, to receive calls, text messages, or arbitrate claims in any manner whatsoever.

1

11. I have never visited the UpFinances website, upfinances.com, nor ever seen any of its contents or terms of use, prior to the Defendant filing its motion.

12. I am a Pennsylvania resident.

13. I am not and have never been a customer of UpFinances or LendVia, nor entered into any contract or agreement with them.

14. As such, I had no notice of the arbitration provision on UpFinances website and certainly did not agree to such provision because I did not visit the website at all.

15. I did not have any notice of those terms and conditions until the Defendant filed its motion.

16. I certainly did not agree to arbitrate my claims against the Defendant or UpFinances, nor would I ever have agreed to do so.

17. I understand that Defendant claims there is a video recording of me submitting information to the website. I note this "recording" is a recreation of the information allegedly submitted to the UpFinances website. It does not show me submitting any information, nor does it illustrate my face or anything else about me to show that I submitted my information or agreed to arbitrate any claims.

18. Indeed, on December 8, 2024, the date the "video" claims I visited the UpFinances website, I was in King of Prussia, and remained in that area the entire day.

19. That IP address geolocates to Chambersburg, Pennsylvania, which is approximately 150 miles from King of Prussia. I was not in Chambersburg that day, nor anywhere near there, and I did not use any device or internet connection from that location.

20. Defendant claims the alleged submission came from IP address 166.138.94.138. I understand that this is an AT&T IP Address.

21. I do not and have never had AT&T Mobile or internet service, nor does anyone in my household.

22. Additionally, I understand that my attorneys issued a subpoena to AT&T seeking to ascertain the subscriber of the IP address at issue, and received a response stating that AT&T was "unable to find any information responsive to your request."

23. Furthermore, the email address allegedly submitted to the website, jnewell1311@yahoo.com, is not my email address.

24. Although the date of birth and social security number are accurate, they were the subject of a recent data breach, which also resulted in my identity being stolen and used, among other matters, to sign up for electricity service in Texas.

25. I have never agreed to arbitrate my claims against UpFinances, or LendVia.

26. I have reviewed the other assertions in the Defendant's renewed motion. They are perplexing and utterly false because I did not visit the website as I am alleged to have, and the discovery developed in this matter confirms my story.

27. To be clear, I do nothing to precipitate the illegal calls and messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive.

28. I have never proactively created or found TCPA claims nor entrapped businesses. I do not welcome nor invite these illegal calls and have taken measures for them to stop, including by placing my number on the Do-Not-Call Registry and holding those who call me accountable for their actions.

29. I was harmed by the Defendant's calls. Illegal calls are frustrating, obnoxious, and annoying. They are a nuisance and disturbed my solitude.

30. My number is on the Do-Not-Call Registry, and I did not provide any consent for anyone to send this call to me, especially not through the use of an artificial or prerecorded voice, and not after I asked them to stop and they did not.

31. I do not and have never welcomed nor wanted illegal calls and do nothing to receive or deserve them. My injury was done completely at the hands of Defendant, who took it upon itself to call me using prerecorded message calls in violation of the TCPA.

32. I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent.

33. I was not paid by anyone to investigate these calls.

34. I brought this case not for personal motives or financial gain, but as a bulwark for the rights of consumers against illegal telemarketing. I was not paid by anyone to do so.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 11th day of August 2025, in the United States of America,**

*Jourey Newell*

**Jourey Newell**