UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA


**JOUREY NEWELL**                               Case No. 2:25-cv-01018-GJP

    Plaintiff,
v.

**LENDVIA LLC,**

    Defendant.
_____/


**[PROPOSED ORDER DENYING]**
**DEFENDANT'S MOTION TO COMPEL ARBITRATION**


AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the Defendant's Motion Compel Arbitration (ECF No. 30) is hereby DENIED.


*BY THE COURT:*


_____
Hon. Gerald John Pappert, J.