IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*,<br><br>    *Plaintiff*,<br><br> v.<br><br>LendVia, LLC,<br><br>    *Defendant*. | CIVIL ACTION<br>NO. 25-1018 |

## ORDER

  **AND NOW**, this 15th day of August 2025, upon consideration of LendVia LLC's Second Motion to Compel Arbitration (ECF No. 28), and Newell's Response (ECF No. 31), it is **ORDERED** that the Motion shall be **HELD in abeyance** pending resolution of the factual issues at a trial.  The Court will schedule a conference with counsel for the parties forthwith.

  It is further **ORDERED** that LendVia's other pending motions (ECF Nos. 8, 10, 12, & 13) are **DENIED without prejudice** to LendVia's ability to re-file, if necessary, following resolution of the Motion to Compel Arbitration

                BY THE COURT:


                ***/s/ Gerald J. Pappert***
                Gerald J. Pappert, J.