IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL,

                    *Plaintiff,*

  v.                                  CIVIL ACTION
                                         NO. 25-1018

LENDVIA LLC,

                    *Defendant.*

**NOTICE**

To: Counsel of Record

    TAKE NOTICE that a telephonic **STATUS CONFERENCE** in the above captioned case will take place on **FRIDAY, NOVEMBER 7, 2025 at 2:00 p.m.**, before the Honorable Gerald J. Pappert. Chambers will provide the call-in information.

                                                   Very truly yours,

                                                   */s/ Katie Rolon*
                                                   Katie Rolon, Deputy Clerk
                                                   to the Honorable Gerald J. Pappert

Copies E-mailed on 10/28/25 to:
    Andrew Roman Perrong, Esq.
    Corey M. Scher, Esq.
    Jennifer Cabrera, Esq.