IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL,<br><br>          *Plaintiff,*<br><br>   v.<br><br>LENDVIA LLC,<br><br>          *Defendant.* | CIVIL ACTION<br>NO. 25-1018 |

**SCHEDULING ORDER**

**AND NOW**, this 7th day of November, 2025, after an on-the-record telephone conference with counsel for the parties, it is **ORDERED** that:

1. The case is referred to Magistrate Judge Caroline Goldner Cinquanto for settlement.

2. All trial preparation depositions shall be completed **on or before Friday, January 30, 2026**.

3. Plaintiff and Defendant shall file their pretrial memoranda on or before **Wednesday, February 11, 2026**.  Pretrial memoranda shall address all of the topics listed in Local Rule of Civil Procedure 16.1(c) and the Court's Policies and Procedures. Counsel shall also submit to the Court two copies of the joint trial exhibit book described in Paragraph II.I.13 of the Court's Policies and Procedures.

4. Plaintiff and Defendant shall file and submit to the Court on or before **Wednesday, February 18, 2026** their proposed jury instructions, verdict form or special interrogatories to the jury consistent with all requirements in Paragraph II.H(d) of the Court's Policies and Procedures.

1

5. A final pretrial conference will be held on **Tuesday, February 24, 2026 at 10 a.m. in Courtroom 11-A**. At the final pretrial conference, counsel shall be prepared to discuss all aspects of their pretrial memoranda. It is expected that counsel will have conferred regarding their objections to anything in the pretrial memoranda prior to the final pretrial conference, leaving for the Court only those objections the parties could not resolve.

6. Trial is scheduled for **Tuesday, March 3, 2026 at 9:30 a.m. in Courtroom 11-A**. Counsel and all parties shall be prepared to commence trial on that date.

7. All filings, conferences, and pretrial procedures shall conform to Judge Pappert's Policies and Procedures, available at www.paed.uscourts.gov.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.