IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 25-1018 |
| v. | : | |
| LENDVIA, LLC, | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this 10th day of November 2025, IT IS HEREBY ORDERED that a TELEPHONIC status conference is scheduled before the undersigned on Monday, November 24, 2025 at 10:00 a.m.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call. Chambers will email counsel the conference line information.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE