IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:25-cv-01018-GJP

### *MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

**I, MOVANT'S STATEMENT**

I, Eric J. Troutman the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Lendvia LLC . My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

*A.    I state that I am currently admitted to practice in the following state jurisdiction(s):*

| Supreme Court of California | 12/2003 | 229263 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

*B.    I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| USDC - Eastern District of California | 7/19/2005 | 229263 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC - Northern District of California | 5/29/2007 | 229263 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC - Southern District of California | 5/18/2007 | 229263 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC - Central District of California | 11/29/2006 | 229263 |

*C.    I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am seeking to enter my appearance for Defendant Lend Via, LLC

*Name of Attorney:* Eric J. Troutman, Esquire

*Firm Address:* Troutman Amin LLP
400 Spectrum Center Dr., Suite 1550, Irvine, CA 92618

*Telephone Number:* (949) 350-3663

*Email Address:* etroutman@troutmanamin.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/21/2025                    /s/ Eric J. Troutman
    (Date)                                         (Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Eric J. Troutman_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Corey M. Scher | /s/ Corey M. Scher | January 9, 2020 | 326838 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

2001 Market Street, Suite 1700, Philadelphia, PA 19103

cscher@foxrothschild.com

(215) 299-2000

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* November 21, 2025                                    /s/ Corey M. Scher
         *(Date)*                                                    *(Sponsor's signature)*