IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL, Plaintiff              :       Case Number: 2:25-cv-01018-GJP
                                      :
                                      :
        v.                            :
                                      :
                                      :
LENDVIA LLC, Defendant

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Eric J. Troutman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

> Andrew Roman Perrong
> Perrong Law LLC
> 2657 Mt. Carmel Ave
> Glenside, PA 19038
> 215-225-5529
> Fax: 888-329-0305
> Email: a@perronglaw.com

/s/ Corey M. Scher
(Signature of Attorney)

Corey M. Scher
(Name of Attorney)

Lendvia LLC
(Name of Moving Party)

November 21, 2025
(Date)