IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:25-CV-01018-GJP

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, <u>MOVANT'S STATEMENT</u>

I, __Steven L. Rozenfeld_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent ___Lendvia, LLC,_____. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

__New York_____          __12/16/2024_____          ___6168926_____
(State where admitted)    (Admission Date)           (Attorney Identification Number)

                          __9/20/2024_____          ___492282024_____
____New Jersey____         (Admission Date)           (Attorney Identification Number)
(State where admitted)

                          _____          _____
_____           (Admission Date)           (Attorney Identification Number)
(State where admitted)

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

Eastern District of New York    ___8/1/2025_____     ___6168926_____
                                (Admission Date)     (Attorney Identification Number)

(Court where admitted)          __9/20/2024_____    ____492282024_____
                                (Admission Date)     (Attorney Identification Number)
District of New Jersey

                                _____    _____
(Court where admitted)          (Admission Date)    (Attorney Identification Number)

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am seeking to enter my appearance for Defendant Lendvia, LLC,_____*

*Name of Attorney: Steven L. Rozenfeld_____*

*Firm Address: Troutman Amin LLP 400 Spectrum Center Dr., Suite 1550, Irvine, CA 92618*

*Telephone Number: __347-634-3527_____*

*Email Address:___steven@troutmanamin.com_____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/6/2026_____          ___/s/ Steven L. Rozenfeld_____
    (Date)                                     (Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Steven L. Rozenfeld_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Corey M. Scher | | 04/23/2019 | 326838 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Fox Rothschild LLP, 2001 Market Street, Suite 1700, Philadelphia, PA 19103

cscher@foxrothschild.com

Tel.: 215-444-7269; Fax: 215.299.2150

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on __January 6, 2026__
          (Date)                                     (Sponsor's signature)