IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL          :     Case Number: 2:25-CV-01018-GJP
Plaintiff,             :
                       :
v.                     :
                       :
LENDVIA, LLC,          :
Defendant.             :

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Steven L. Rozenfeld Esquire to, practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

_____
(Signature of Attorney)

Corey M. Scher
(Name of Attorney)

Defendant LendVia LLC
(Name of Moving Party)

January 6, 2026
(Date)