IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL<br>Plaintiff, | :<br>:<br>:<br>: | Case Number: 2:25-CV-01018-GJP |
| v. | :<br>: | |
| LENDVIA, LLC,<br>Defendant. | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add _____, Esquire as counsel for _____. _____ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____
_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).