IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated,*<br><br>   *Plaintiff,*<br><br> v.<br><br>LENDVIA LLC,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 25-1018 |

## ORDER

**AND NOW**, this 6th day of January 2026, upon consideration of Defendant LendVia LLC's Motion for Pro Hac Vice (Dkt. No. 42), it is hereby **ORDERED** that the Application of Steven L. Rozenfeld is **GRANTED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District.
https://www.paed.uscourts.gov/nextgen-cmecf