### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, | : | CIVIL ACTION |
| vs. | : | NO. 25-1018 |
| LENDVIA LLC. | : | |

### ORDER

**AND NOW, TO WIT:** This 8th day of January, 2026, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**GEORGE WYLESOL**, Clerk of Court

BY: */s/ Katie Rolon*
Katie Rolon, Deputy Clerk
To the Honorable Gerald J. Pappert

Copies E-Mailed on 1/8/26 to:
Andrew Roman Perrong, Esq.
Corey M. Scher, Esq.
Eric J. Troutman, Esq.
Jennifer Cabrera, Esq.
Steven L. Rozenfeld, Esq

Civ 2 (7/83)

41.1(b)